

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WINTON MORTGAGE COMPANY, L.L.C. AND WINTON and ASSOCIATES, INC., | § | No. 08-23-00184-CV |
| | § | Appeal from |
| Appellants, | § | |
| | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| MELISSA LIVINGSTON, | § | (TC# 2005-7022) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be

dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We

further order Appellant to pay all costs of this appeal and this decision to be certified below for

observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST 2024.


LISA J. SOTO, Justice


Before Rodriguez, C.J., (Senior Judge), Barajas, C.J. (Ret.) and Soto, J.
Rodriguez, C.J. (Senior Judge) (Sitting by Assignment)
Barajas, C.J. (Ret.) (Sitting by Assignment)